UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-00226-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| CHRISTIAN RUFFIN | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In the defendant's plea agreement, he agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of the plea agreement, the defendant Christian Ruffin and the United States have agreed and stipulated that the defendant owes:

$3,000 in total restitution, the full sum to victim Jenny of the "Jenny" series, made payable to "Marsh Law Firm PLLC in trust for Jenny." The payment can be mailed to Marsh Law Firm PLLC/ ATTN: Jenny/ P.O. Box 4668 #65135/ New York, NY 10163-4668.

The defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that the defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, the defendant shall pay $3,000 to victim Jenny, made payable to "Marsh Law Firm PLLC in trust for Jenny," in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that the defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of the defendant's criminal judgment in this case.

SO ORDERED, this 9th day of March, 2021.

RICHARD E. MYERS II
Chief United States District Judge

AGREED AND CONSENTED TO BY:

/s/ Kevin Matthew Marcilliat
KEVIN MATTHEW MARCILLIAT
Counsel for Defendant

March 9, 2021
Date

G. NORMAN ACKER, III
Acting United States Attorney

/s/ Jake D. Pugh
JAKE D. PUGH
Assistant United States Attorney

March 9, 2021
Date